AO 440 (Rev. 12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Eastern District of New York

| | | |
|---|---|---|
| Ronnie Worthen | ) | |
| *Plaintiff* | ) | |
| | ) | CV.13 - 6408 |
| v. | ) | Civil Action No. |
| | ) | |
| Harley-Davidson Credit Corp. | ) | |
| *Defendants* | ) | |

## SUMMONS IN A CIVIL ACTION

To: *(Defendants' name and address)*   Harley-Davidson Credit Corp.
222 West Adams Street, Suite 2000
Chicago, Illinois 60606

MANN, M.J.

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Sergei Lemberg, Esq.
LEMBERG & ASSOCIATES L.L.C.
1100 Summer Street
Stamford, CT 06905

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court. DOUGLAS C.

CLERK OF COURT

Date: NOV 19 2013

*Signature of Clerk or Deputy Clerk*