**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

| | |
|---|---|
| Ronnie Worthen,<br><br>                              Plaintiff,<br>         v.<br><br>Harley-Davidson Credit Corp.; and DOES 1-10, inclusive,<br><br>                              Defendant. | Civil Action No.: 1:13-cv-06408-ERK-RLM |

**NOTICE OF SETTLEMENT**

NOTICE IS HEREBY GIVEN that the parties in the above-captioned case have reached a settlement.  The Plaintiff anticipates filing a notice of withdrawal of Complaint and voluntary dismissal of this action with prejudice pursuant to FED. R. CIV. P. 41(a) within 60 days.

Dated: June 5, 2014

                                                                        Respectfully submitted,

                                                                        PLAINTIFF, Ronnie Worthen

                                                                        /s/ Sergei Lemberg

                                                                        Sergei Lemberg, Esq. (SL 6331)
                                                                        **LEMBERG LAW, L.L.C.**
                                                                        1100 Summer Street, 3rd Floor
                                                                        Stamford, CT 06905
                                                                        Telephone: (203) 653-2250
                                                                        Facsimile:  (203) 653-3424
                                                                        slemberg@lemberglaw.com

## CERTIFICATE OF SERVICE

I hereby certify that on June 5, 2014, a true and correct copy of the foregoing Notice of Settlement was served electronically by the U.S. District Court Eastern District of New York Electronic Document Filing System (ECF) which sent notice of such filing to the following:

Kerren B. Zinner, Esq.
Reed Smith LLP
599 Lexington Avenue, 22nd Floor
New York, NY 10022
*Counsel for Defendant*


                                                By /s/ Sergei Lemberg

                                                   Sergei Lemberg