**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**
_____

Ronnie Worthen,                                      :
                                                     :
                          Plaintiff,                 :   Civil Action No.:  1:13-cv-06408-ERK-RLM
            v.                                       :
                                                     :
Harley-Davidson Credit Corp.,                        :
                                                     :
                          Defendant.                 :
                                                     :
                                                     :
_____    :

### STIPULATION OF DISMISSAL

WHEREAS, the parties to the above-entitled action have resolved the issues alleged in

the complaint in this action, and have negotiated in good faith for that purpose; and

WHEREAS, none of the parties to the above-captioned action is an infant or incompetent

person; and

WHEREAS, the parties in the above-captioned action wish to discontinue the litigation;

IT IS HEREBY STIPULATED AND AGREED by and between the parties and/or their

respective counsel as follows that, pursuant to FRCP 41(a)(1)(A)(ii), the above-captioned action

is hereby dismissed in its entirety with prejudice and without costs to any party.

Ronnie Worthen                              Harley-Davidson Credit Corp.

___/s/ Sergei Lemberg_____            ___/s/ Kerren B. Zinner_____

Sergei Lemberg, Esq. (SL 6331)              Kerren B. Zinner, Esq.
LEMBERG LAW, LLC                           REED SMITH LLP
1100 Summer Street, 3rd Floor               599 Lexington Avenue, 22nd Floor
Stamford, CT  06905                         New York, NY 10022
(203) 653-2250                              (212) 521-5400
Attorney for Plaintiff                      Attorney for Defendant


_____
SO ORDERED

## CERTIFICATE OF SERVICE

I hereby certify that on June 6, 2014, a true and correct copy of the foregoing Stipulation of Dismissal was served electronically by the U.S. District Court for the Eastern District of New York Electronic Document Filing System (ECF) and that the document is available on the ECF system.

By /s/ Sergei Lemberg_____
Sergei Lemberg