UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| Ronnie Worthen,<br><br>                Plaintiff,<br>v.<br><br>Harley-Davidson Credit Corp.,<br><br>                Defendant. | Civil Action No.: 1:13-cv-06408-ERK-RLM |

## STIPULATION OF DISMISSAL

WHEREAS, the parties to the above-entitled action have resolved the issues alleged in the complaint in this action, and have negotiated in good faith for that purpose; and

WHEREAS, none of the parties to the above-captioned action is an infant or incompetent person; and

WHEREAS, the parties in the above-captioned action wish to discontinue the litigation;

IT IS HEREBY STIPULATED AND AGREED by and between the parties and/or their respective counsel as follows that, pursuant to FRCP 41(a)(1)(A)(ii), the above-captioned action is hereby dismissed in its entirety with prejudice and without costs to any party.

| | |
|---|---|
| Ronnie Worthen | Harley-Davidson Credit Corp. |
| /s/ Sergei Lemberg | /s/ Kerren B. Zinner |
| Sergei Lemberg, Esq. (SL 6331)<br>LEMBERG LAW, LLC<br>1100 Summer Street, 3rd Floor<br>Stamford, CT 06905<br>(203) 653-2250<br>Attorney for Plaintiff | Kerren B. Zinner, Esq.<br>REED SMITH LLP<br>599 Lexington Avenue, 22nd Floor<br>New York, NY 10022<br>(212) 521-5400<br>Attorney for Defendant |

/s/ Judge Edward R. Korman

SO ORDERED